IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D.A. NOLT, INC., | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE PHILADELPHIA MUNICIPAL | : | No. 18-4997 |
| AUTHORITY, *et al.*, | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 28th day of May, 2020, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. No. 24), the response in opposition (Doc. No. 28), the reply in support (Doc. No. 42), oral argument held on February 20, 2020, and the parties' supplemental briefing (Doc. Nos. 45, 46), it is **ORDERED** that the Motion for Summary Judgment (Doc. No. 24) is **GRANTED** and Defendants' liquidated damages claim against Plaintiff is **DISMISSED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**