**DATE OF NOTICE:  December 28, 2020**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **D.A. NOLT, INC.** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE PHILADEPHIA MUNICIPAL AUTHORITY, et al.** | : | |
| *Defendants* | : | **NO.   18-4997** |

**NOTICE OF STATUS CONFERENCE**

A **STATUS CONFERENCE** in the above matter has been scheduled for **JANUARY 4, 2021** at **2:00 p.m.** via telephone with the Hon. Gene E.K. Pratter, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.   The **FINAL PRETRIAL CONFERENCE** previously scheduled for January 4, 2021 is **CANCELLED**.

Counsel are instructed to telephone 571-353-2300 and enter conference code 311544098# to be connected to the Judge.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy to the
Honorable Gene E.K. Pratter
United States District Court Judge

**Copies sent by ECF notification only.**