IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D.A. NOLT, INC. | : | CIVIL ACTION |
| *Plaintiff(s)*, | : | |
| | : | |
| v. | : | |
| | : | |
| THE PHILADEPHIA MUNICIPAL AUTHORITY, et al. | : | |
| *Defendant(s)*. | : | NO.  18-4997 |

## NOTICE OF TELEPHONE CONFERENCE

A **TELEPHONE CONFERENCE** in the above matter has been scheduled for **February 11, 2021** at 11:00 a.m. with the Hon. Gene E.K. Pratter, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Counsel are instructed to phone 571-353-2300, then enter 311 544 098# to be connected with the Judge.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy to the
Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: February 8, 2021**
**Copies sent via ECF notification only.**