IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D.A. NOLT, INC. | : | CIVIL ACTION |
| *Plaintiff(s),* | : | |
| | : | |
| v. | : | |
| | : | |
| THE PHILADEPHIA MUNICIPAL AUTHORITY, et al. | : | |
| | : | |
| *Defendant(s).* | : | NO.  18-4997 |

## NOTICE OF HEARING

A **BENCH TRIAL** is now scheduled to be held on **June 14, 2021**, at **9:30 a.m.** in Courtroom 10B before the Honorable Gene E.K. Pratter, at 601 Market Street, Philadelphia, PA 19106.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge

**(Rescheduled from June 2, 2021)**

**Date of Notice: May 27, 2021**
**Copies sent via ECF notification only.**