IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D.A. NOLT, INC. | : | CIVIL ACTION |
| *Plaintiff(s),* | : | |
| | : | |
| v. | : | |
| | : | |
| THE PHILADEPHIA MUNICIPAL AUTHORITY, et al. | : | |
| | : | |
| *Defendant(s).* | : | NO.   18-4997 |

## NOTICE OF HEARING

A **BENCH TRIAL** is scheduled to be held on **OCTOBER 8, 2021**, at **2:00 p.m.** in Courtroom 10B before the Honorable Gene E.K. Pratter, at 601 Market Street, Philadelphia, PA 19106.

    *s/Susan Flaherty*
    **SUSAN FLAHERTY**
    Civil Courtroom Deputy
    to the Honorable Gene E.K. Pratter
    United States District Court Judge

**Date of Notice: September 16, 2021**
**Copies sent via ECF notification only.**