UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.A. NOLT, INC.<br><br>        Plaintiff,<br><br>v.<br><br>THE CITY OF PHILADELPHIA AND<br>PHILADELPHIA MUNICIPAL AUTHORITY<br><br>        Defendants. | CIVIL ACTION<br><br>NO. 18-4997 |

## THIRD EVIDENTIARY STIPULATION

The parties, D.A. Nolt, Inc. ("Nolt") and the City of Philadelphia and Philadelphia Municipal Authority (collectively, "City") stipulate as follows:

1. Exhibits Nos. D-532 and D-640 were unintentionally omitted from earlier Stipulations submitted pertaining to the admission of exhibits.

2. Defendants seek admission of these documents.

3. Nolt does not object to the admission of D-532 or D-640.

| | |
|---|---|
| /s/ Jennifer Budd | /s/ Lydia Furst |
| Counsel for Plaintiff, D.A. Nolt, Inc. | Counsel for Defendants<br>City of Philadelphia,<br>Philadelphia Municipal<br>Authority |

Date: October 6, 2021