IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D.A. NOLT INC., | : | |
| *Plaintiff,* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE PHILADELPHIA MUNICIPAL | : | |
| AUTHORITY *et al.*, | : | No. 18-4997 |
| *Defendants* | : | |

## ORDER

AND NOW, this 21st day of December, 2021, following a non-jury trial between June 14 and July 14, 2021, and upon consideration of the parties' Proposed Findings of Fact and Conclusions of Law (Doc. Nos. 101 and 105), on the basis of the Court's Findings and Conclusions entered this date, it is **ORDERED** that:

1. Judgment is **ENTERED** in favor of D.A. Nolt Inc., and against the Defendants for $2,014,623.76 on Plaintiff's Complaint.

2. Plaintiff is to submit a calculation of the interest due on the appropriate components of the award contained in paragraph 1 above by January 20, 2022. The City shall respond to Plaintiff's submission within 21 days thereafter.

3. Judgment is entered in favor of D.A. Nolt Inc. and against the Counterclaimants on the Counterclaim.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1