## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.A. NOLT, INC. | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION |
| | : |
| THE CITY OF PHILADELPHIA AND | : |
| PHILADELPHIA MUNICIPAL AUTHORITY | : NO. 18-4997 |
| | : |
| | : |
| Defendants. | : |

### STIPULATION

Pursuant to United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 7.4, the parties in the above action stipulate and agree that Defendants shall have a fourteen (14) day extension of time, until February 1, 2022, to respond to Plaintiff's Motion for Attorneys' Fees. No prior extensions related to this Motion have been sought or granted.


/s/ Jennifer R. Budd
Counsel for Plaintiff, D.A. Nolt, Inc.

/s/ Lydia Furst
Counsel for Defendants
City of Philadelphia, Philadelphia
Municipal Authority


Dated:  January 12, 2022


BY THE COURT:

1/13/22

Gene E.K. Pratter
United States District Judge