**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **D.A. NOLT, INC.** :<br>            Plaintiff, :<br>:<br>   v. :<br>:<br>**THE CITY OF PHILADELPHIA AND** :<br>**PHILADELPHIA MUNICIPAL AUTHORITY** :<br>:<br>            Defendants. : | **CIVIL ACTION**<br><br>**NO. 18-4997** |

**FIRST EVIDENTIARY STIPULATION**

The parties, D.A. Nolt, Inc. ("Nolt") and the City of Philadelphia and Philadelphia Municipal Authority (collectively, "City") stipulate as follows:

1. The parties agree to waive objections as to the authenticity of bates stamped Trial Exhibits P-1 through P-267, with the exceptions of P-10, P-219, P-225, P-242, P-243, P-249, P-257, and P-264, and of bates stamped Trial Exhibits D-1 through D-726, with the exceptions of D-705 through D-719 and D-724, except that the parties reserve the right to object on authenticity grounds if the version of the document presented is not identical to the version of the document exchanged by the parties.

2. To avoid the need for additional witness and/or testimony to establish authenticity and/or hearsay exceptions, the parties agree to waive all authenticity and hearsay objections as to the following documents to the extent that the document is used during an examination during trial:

    a. PSSC Project Change Orders between the City and Nolt

    b. PSSC Project Requests for Information ("RFIs") submitted to the City

    c. PSSC Project Meeting Minutes prepared by either the City, DJK, Nolt, Ballinger, or their agents

    d. PSSC Project Construction Manager Daily Reports uploaded to e-builder

    e. Siplast Inspection Reports for the PSSC Project

    f. McLaughlin Report and roof plan sheet for the PSSC Project

    g. Jersey Infrared Reports (color versions) for the PSSC Project dated June 14, 2017 and September 7, 2017

    h. October 4, 2017 report from Professional Roof Services to D.A. Nolt

    i. Letters and emails between Nolt and the City

    j. Letters and emails between the City's Construction Manager, Daniel J. Keating Company, and Nolt employees, in which the Construction Manager is speaking on behalf of the City.

3. By agreeing to waive hearsay and authenticity objections as discussed herein, the parties do not waive other objections to admissibility.

4. The parties further stipulate that the documents listed on Exhibit A may be moved into evidence without objection, subject to any agreed limitations listed on Exhibit A.

/s/ Jennifer Budd  
Counsel for Plaintiff, D.A. Nolt, Inc.

/s/ Lydia Furst  
Counsel for Defendants  
City of Philadelphia,  
Philadelphia Municipal Authority

| EXHIBIT A | | | |
|---|---|---|---|
| **Plaintiff's Unopposed Admission List** | **Agreed Limitations** | **Defendant's Unopposed Admission List** | **Agreed Limitations** |
| P2 | | D30 | |
| P4 | Stipulate document is an excerpt of D-1 | D31 | |
| P7 | | D38 | Third party statements not offered for the truth but to show that the quote was made to Nolt. |
| P15 | | D44 | |
| P20 | | D62 | |
| P28 | | D71 | |
| P30 | | D72 | |
| P35 | | D85 | |
| P37 | | D89 | |
| P39 | | D90 | |
| P42 | | D91 | |
| P44 | | D101 | |
| P45 | | D110 | |
| P48 | | D118 | |
| P50 | | D120 | |
| P56 | | D125 | |
| P57 | | D135 | |
| P58 | | D142 | |
| P63 | | D143 | |
| P64 | | D156 | |
| P72 | | D173 | |
| P73 | | D174 | |
| P74 | | D206 | |
| P78 | | D208 | |
| P80 | | D209 | Third party statements not offered for the truth but to show that the quote was made to Nolt. |
| P84 | | D218 | |
| P85 | | D225 | |
| P89 | | D228 | |
| P90 | | D254 | |
| P92 | | D274 | |
| P94 | | D275 | |

| | | | |
|---|---|---|---|
| P95 | | D292 | |
| P99 | | D295 | |
| P105 | | D321 | |
| P108 | | D323 | |
| P120 | | D332 | |
| P121 | | D351 | |
| P123 | | D367 | |
| P126 | | D368 | |
| P148 | | D370 | |
| P164 | | D401 | |
| P165 | | D403 | |
| P166 | | D423 | |
| P171 | | D431 | |
| P176 | | D505 | |
| P196 | | D516 | |
| P202 | | D525 | |
| P206 | | D527 | |
| P213 | | D534 | |
| P216 | | D536 | |
| P217 | | D565 | |
| P223 | | D571 | |
| P233 | | D581 | |
| P235 | | D638 | |
| P236 | Limited to Photo 3 | D726 | |
| P238 | Limited to photos/videos on 1-12, 26-29, 31, 32, 35-37, 42-51, 52, 53, 55, 61, 63, 64.  Can stipulate photos/videos taken by Carl | D75 | |
| P239 | | D301 | |
| P241 | | D424 | |
| P245 | | D426 | |
| P255 | | D434 | |
| P258 | | D440 | |
| P262 | | D465 | |
| P263 | | D501 | |
| P266 | | D528 | |
| P267 | | D577 | |
| P268 | | D599 | |
| P269 | | D602 | |
| P270 | | D611 | |
| P271 | | D624 | |
| P272 | | D639 | |
| P273 | | P119 | |
| P274 | | D046 | |

| | | | |
|---|---|---|---|
| P275 | | D080 | |
| P276 | | D086 | |
| P277 | Stipulate that security costs are not included in Nolt's claim | D122 | |
| P278 | | D148 | |
| D1 | | D151 | |
| D32 | | D152 | |
| D169 | | D153 | |
| D300 | | D175 | |
| D362 | | D314 | |
| D406 | | D315 | |
| D469 | | D432 | |
| D549 | | D435 | |
| P76 | | D446 | |
| P101 | | D450 | |
| P106 | | D451 | |
| p168 | | D452 | |
| P174 | | D455 | |
| P192 | | D461 | |
| D621 | | D465 | |
| P27 | Third party statements not offered for the truth but to show that the quote was made to Nolt. | D531 | |
| P98 | | D533 | |
| P53 | | D537 | |
| p148 | | D539 | |
| P40 | | D540 | |
| P142 | | D545 | |
| P49 | | D546 | |
| P50 | | D547 | |
| P54 | | D548 | |
| P73 | | D567 | |
| P86 | | D568 | |
| P87 | | D57 | |
| P99 | | D573 | |
| P129 | | D576 | |
| P138 | | D584 | |
| P82 | | D592 | |
| P162 | | D593 | |
| P147 | | D668 | |
| P152 | | D671 | |
| P156 | | D675 - Appendices D and E | For Demonstative Purposes Only |
| P29 | | D734 | |

| | | | |
|---|---|---|---|
| D300 | | D744 | |
| D746 | | D205 | |
| P31 | | | |
| PD 1-10 | For Demonstative Purposes Only | | |
| D32 | | | |