| | | |
|---|---|---|
| **D.A. NOLT, INC.,** | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | |
| **THE PHILADELPHIA** | : | **Case Number** |
| **MUNICIPAL AUTHORITY,** | : | **2:18-cv-04997-GEKP** |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants, the Philadelphia Municipal Authority and the City of Philadelphia, appeal from the December 21, 2021 order entering judgment in favor of Plaintiff D.A. Nolt, Inc. and against Defendants on Plaintiffs' complaint and Defendants' counterclaim (ECF 108), and the associated Findings and Conclusions (ECF 107) entered by the Honorable Gene E.K. Pratter, United States District Court for the Eastern District of Pennsylvania.

CITY OF PHILADELPHIA LAW DEPARTMENT
DIANA CORTES, CITY SOLICITOR

*/s/ Michael Pfautz*
By: Michael Pfautz
Deputy City Solicitor, Affirmative and Special Litigation
P.A. Bar No. 325323
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102-1595
*Attorney for Defendants*

Dated: January 19, 2022

**CERTIFICATE OF SERVICE**

I certify that on this date, a true and correct copy of the foregoing Notice of Appeal was served upon the following counsel of record via electronic filing:

> George E. Pallas, Esq.
> Jennifer R. Budd, Esq.
> 30 S. 17th Street, 19th Floor
> Philadelphia, PA 19103
> *Counsel for Plaintiff DA Nolt, Inc.*

*Dated:* **January 19, 2022**

*/s/ Michael Pfautz*
Michael Pfautz
City of Philadelphia Law Department