IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D.A. NOLT, INC., | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE PHILADELPHIA MUNICIPAL | : | |
| AUTHORITY *et al.*, | : | No. 18-4997 |
| *Defendants* | : | |

## ORDER

AND NOW this 4th day of February, 2022, upon consideration of the Plaintiff's Motion for Attorneys' Fees and Expenses (Doc. No. 109) and Defendants' Response in Opposition (Doc. No. 116), it is **ORDERED** as follows:

1. The Court will hold a hearing on the Motion for Attorneys' Fees and Expenses on March 28, 2022 at 10 a.m. in Courtroom 10B.

2. The parties should be prepared to present evidence and argument on at least the following issues:

    a. The allocation of the attorneys' fees incurred to obtain the contract balance;

    b. The propriety of, or challenge to, the rates for which the fee award is sought;

    c. The necessity of, or challenge to, the hours for which the fee award is sought;

    d. The explanation of, or challenge to, the claimed expenses.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1