# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D.A. NOLT, INC. | : | CIVIL ACTION |
| *Plaintiff(s),* | : | |
| | : | |
| v. | : | |
| | : | |
| THE PHILADEPHIA MUNICIPAL AUTHORITY, et al. | : | |
| | : | |
| *Defendant(s).* | : | NO.  18-4997 |

## NOTICE OF HEARING

An **ORAL ARGUMENT** on the **MOTION TO MOLD THE VERDICT** (Docket No. 114) is scheduled to be held on **MARCH 28, 2022**, at **10:00 a.m.** in Courtroom 10B before the Honorable Gene E.K. Pratter, at 601 Market Street, Philadelphia, PA 19106.

**Judge Pratter strongly urges Oral Argument to be presented by junior counsel on the case.**

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy to the
Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: February 17, 2022**
**Copies sent via ECF notification.**