## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **D.A. NOLT INC.,** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **THE PHILADELPHIA MUNICIPAL** | : | |
| **AUTHORITY** *et al.,* | : | **No. 18-4997** |
| *Defendants* | : | |

## O R D E R

**AND NOW**, this _____ day of June, 2022, upon consideration of D.A. Nolt Inc.'s Motion

for Attorney's Fees and Expenses (Doc. No. 109), the City of Philadelphia's Response in

Opposition (Doc. No. 116), and D.A. Nolt Inc.'s Reply in Support (Doc. No. 118), and D.A. Nolt

Inc.'s Request to Mold the Verdict to Include Interest and Penalties (Doc. No. 114), the City of

Philadelphia's Response in Opposition (Doc. No. 119), and D.A. Nolt Inc.'s Reply in Support

(Doc. No. 122), the oral argument held on March 28, 2022, and the stipulation submitted by the

parties on April 28, 2022 (Doc. No. 124), it is **ORDERED** that:

1.      D.A. Nolt Inc.'s Request to Mold the Verdict to Include Interest and Penalties (Doc.

No. 114) is **GRANTED**.

2.      The Judgment in favor of D.A. Nolt Inc. and against the Defendants is **MOLDED**

to $3,000,232.98.

3.      Post-judgment interest is owed at the daily rate of $22.19 for each day the Judgment

is not paid after December 21, 2021 through December 21, 2022.

4.      D.A. Nolt Inc.'s Motion for Attorney's Fees and Expenses (Doc. No. 109) is

**GRANTED**.

1

5.     D.A. Nolt Inc. is **AWARDED** $952,836.68 in attorneys' fees and $167,362.99 in expenses.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE